```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
```

JAMES SMITH,                    )
                                )
            Petitioner,          )
                                )
v.                              )    No. 1:10-cv-711-WTL-DML
                                )
SUPERINTENDENT PETERS,          )
                                )
            Respondent.         )


### Entry Discussing Petition for Writ of Habeas Corpus

In a prison disciplinary proceeding identified as No. BTC 10-04-045, James Smith was found guilty of violating prison rules and was sanctioned. The prison disciplinary proceeding has been remanded and a new hearing will be conducted. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss (dkt 12) is **granted.** Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED.**


Date: 10/25/2010

                                            *[signature: William T. Lawrence]*

                                            Hon. William T. Lawrence, Judge
                                            United States District Court
                                            Southern District of Indiana